UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DANNY SMITH, JR.,

      Plaintiff,                            Case No. 3:24-cv-199

vs.

TRINITY HEALTH CORPORATION,      District Judge Michael J. Newman
                                          Magistrate Judge Peter B. Silvain, Jr

      Defendant.

---

### ORDER CONDITIONALLY DISMISSING THIS CASE WITH PREJUDICE
---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED WITH PREJUDICE**, provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

      **IT IS SO ORDERED.**

<u>February 21, 2025</u>                  <u>s/*Michael J. Newman*       </u>
                                       Hon. Michael J. Newman
                                        United States District Judge